UNITED STATES of America, Appellee,

v.

**Kerry Scott SUTTON, Appellant.**

No. 02–4139.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 5, 2003.

Decided Dec. 15, 2003.

Keith D. Sorrell, U.S. Attorney's Office, Cape Girardeau, MO, for Plaintiff–Appellee.

Kerry Scott Sutton, pro se, Beaver, WV, Defendant–Appellant.

S. Lee Patton, Kirkwood, MO, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Kerry Scott Sutton appeals the sentence imposed by the district court * after Sutton pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). In a written plea agreement, Sutton waived the right to appeal his sentence, with exceptions not applicable here. Sutton does not argue his appeal waiver was unknowing or involuntary, or enforcement would result in a miscarriage of justice. We thus enforce

---

* The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Sutton's appeal waiver and dismiss his appeal. *See United States v. Blue Coat,* 340 F.3d 539, 541–42 (8th Cir.2003).